No. D–2266. IN RE DISCIPLINE OF GUTIERREZ. Maria Cristina Gutierrez, of Towson, Md., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.